NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BOBBY KNOUSE, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL GENERAL INSURANCE COMPANY fka GMAC INSURANCE; and DOES I through X, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-01344-GMN-VCF |

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT NATIONAL GENERAL INSURANCE COMPANY'S PARTIAL MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, BOBBY KNOUSE, by and through his attorneys of record, the law firm of Seegmiller & Associates, and Defendant, NATIONAL GENERAL INSURANCE COMPANY fka GMAC INSURANCE, by and through its attorney of record, the law firm of Alverson, Taylor, Mortensen & Sanders, as follows:

IT IS HEREBY STIPULATED that Plaintiff shall have up to, and including, May 11, 2015 to file his Opposition to Defendant's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

1

NRR-21331

IT IS HEREBY STIPULATED that Defendant shall have up to, and including, May 21, 2015 to file its Reply to Plaintiff's Opposition and In Support of Defendant's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

Dated this 21 day of April, 2015.

SEEGMILLER & ASSOCIATES

_____
CLARK SEEGMILLER, ESQ.
Nevada Bar No.: 003873
10655 Park Run Drive, Suite 250
Las Vegas, NV 89144
Attorneys for Plaintiff

Dated this 22nd day of April, 2015.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Attorneys for Defendant

## ORDER

IT IS HEREBY STIPULATED that Plaintiff shall have up to, and including, May 11, 2015 to file his Opposition to Defendant's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

IT IS HEREBY STIPULATED that Defendant shall have up to, and including, May 21, 2015 to file its Reply to Plaintiff's Opposition and In Support of Defendant's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

**DATED** this 30th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

N:\nathan.grp\Z-client\21331\Pleadings\Our Pleadings\21331sao-MTD.docx

2

NRR-21331