NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*

| | |
|---|---|
| BOBBY KNOUSE, | Case No.: 2:14-cv-01344-GMN-VCF |
| Plaintiff, | |
| vs. | |
| NATIONAL GENERAL INSURANCE COMPANY fka GMAC INSURANCE; and DOES I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, BOBBY KNOUSE, by and through his attorneys of record, the law firm of Seegmiller & Associates, and Defendant, NATIONAL GENERAL INSURANCE COMPANY fka GMAC INSURANCE, by and through its attorney of record, the law firm of Alverson, Taylor, Mortensen & Sanders, as follows:

IT IS HEREBY STIPULATED that the above-captioned matter be dismissed with Prejudice, based on the parties agreement to submit the dispute to binding arbitration.

. . .

. . .

1

NRR-21331

IT IS FURTHER STIPULATED that each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED this 22nd day of July, 2015. | DATED this 22nd day of July, 2015. |
| SEEGMILLER & ASSOCIATES | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| /s/ Clark Seegmiller, Esq. | /s/ Nathan R. Reinmiller, Esq. |
| CLARK SEEGMILLER, ESQ.<br>Nevada Bar No.: 003873<br>10655 Park Run Drive, Suite 250<br>Las Vegas, NV 89144<br>Attorneys for Plaintiff | NATHAN R. REINMILLER, ESQ.<br>Nevada Bar No.: 006793<br>SABRINA G. WIBICKI, ESQ.<br>Nevada Bar No.: 010669<br>7401 West Charleston Boulevard<br>Las Vegas, NV 89117<br>Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with Prejudice, based on the parties agreement to submit the dispute to binding arbitration.

IT IS FURTHER ORDERED that each party shall bear their own attorneys' fees and costs.

**DATED** this 23rd day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

N:\nathan.grp\Z-client\21331\Pleadings\Our Pleadings\21331sao-dismissal.docx